# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

140986

JAMES S. MCCORMICK and ELIZABETH
A. HOCHSTADT,
     Plaintiffs/Counter-Defendants-Appellants,

v

REBECCA MCCORMICK and SCOTT GRIFFIN,
     Defendants/Counter-Plaintiffs/Third-
     Party Plaintiffs/Cross-Plaintiffs-
     Appellees,
and

MARTHA FRENCH, a/k/a MARTHA JEAN
MCCORMICK and WILLIAM MCCORMICK,
     Defendants/Cross-Defendants/Appellants,

v

HOCHSTADT FAMILY TRUST, UAD
11/22/2005, by LAWRENCE R. HOCHSTADT
and ELIZABETH A. HOCHSTADT, Trustees,
     Third-Party Defendants.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140986
COA: 283209
Livingston CC: 06-022144-CZ

On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

y1213